JAMES B. COLLINS and Another, as Administrators, etc., Respondents, v. H. C. F. KOCH & COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

ALICE J. RANDOLPH, Respondent, v. EDWARD JOHNSON, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

PATRICK DUNNE, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

JAMES FAY, Appellant, v. YONKERS PUBLISHING COMPANY, Respondent. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the case presented was one for substantial damages. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

In the Matter of Proving the Last Will and Testament of EMILIE SCHMIDT, Deceased. HERMAN RICHTER, Appellant; LILLIAN GREENDALE and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

JOHN ROSSI, Respondent, v. MAURICE SALOMON, Appellant, and SAMUEL SALOMON, Defendant, Doing Business under the Firm Name of B. SALOMON'S SONS.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

ISAAC LOWENFELD and Others, as Executors, etc., Appellants, Respondents, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, Appellant.— Judgment affirmed. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

THOMAS CLARK, Respondent, v. BOWERY BANK OF NEW YORK, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that there is no evidence of negligence on the part of the defendant. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

ROBERT S. GALLOWAY, Appellant, v. EDWIN W. ORVIS and Others, Composing the Firm of ORVIS BROTHERS & Co., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

KEILBERT CONSTRUCTION COMPANY, INC., Respondent, v. EDWARD FREY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

JOSEPH GORDON, Respondent, v. AUTOMOBILE CLUB OF AMERICA, Appellant, Impleaded with Others.— Judgment affirmed, with costs, on the opinion of Greenbaum, J., at Special Term (reported in 101 Misc. Rep. 724), with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Present — Scott, Laughlin, Smith, Page and Davis, JJ.